IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICKY D. CARROLL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-CV-368-WKW |
| | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

On May 23, 2014, the Magistrate Judge filed a Recommendation in this case. (Doc. # 4.) Plaintiff filed a timely objection on June 2, 2014. (Doc. # 5.) Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b), it is ORDERED that the objection is OVERRULED, and that the Recommendation of the Magistrate Judge is ADOPTED.

Accordingly, it is ORDERED that Defendant's case is DISMISSED pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). An appropriate final judgment will be entered separately.

DONE this 5th day of June, 2014.

                                                /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE